UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JOSEPH MICHAEL DEVON ENGEL, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 4:20-cv-01803-SEP |
| HILLSBORO POLICE DEPT., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Joseph Michael Devon Engel's motion to proceed *in forma pauperis* on appeal. Doc. [8]. The Court dismissed this action on April 23, 2021, and certified in writing that an appeal would not be taken in good faith. *See* Docs. [4], [5]; 28 U.S.C. § 1915(a)(3). It is not apparent that Plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). Furthermore, Plaintiff has repeatedly filed meritless lawsuits in this Court, which has found his litigation practices to be an abuse of the judicial process. *See* Doc. [4]. Contrary to Plaintiff's allegations in the instant motion, Plaintiff has filed at least three actions that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted.[1] Accordingly, he has accumulated three "strikes" as defined in 28 U.S.C. § 1915(g), and his averments do not establish he is under imminent danger of serious physical injury. For all of the foregoing reasons, the Court finds that Plaintiff may not proceed *in forma pauperis* on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to proceed *in forma pauperis* on appeal (Doc. [8]) is **DENIED**.

Dated this 29th day of June, 2021.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

---

[1] *See Engel v. Governor of Missouri,* No. 1:20-cv-00217-HEA (E.D. Mo. Dec. 15, 2020); *Engel v. United States of America*, No. 4:20-cv-01742-MTS (E.D. Mo. Dec. 18, 2020); *Engel v. Missouri Courts,* No. 4:20-cv-01258-SPM (E.D. Mo. Dec. 21, 2020).